[Cite as *State v. Leslein*, 2025-Ohio-2186.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

| | |
|---|---|
| STATE OF OHIO, | CASE NO. 2025-L-050 |
| Plaintiff-Appellee, | |
| - vs - | Civil Appeal from the Court of Common Pleas |
| NICOLE M. LESLEIN, | |
| Defendant-Appellant. | Trial Court No. 2021 CR 000572 |

## MEMORANDUM OPINION AND JUDGMENT ENTRY

Decided: June 23, 2025
Judgment: Appeal dismissed

*Charles E. Coulson*, Lake County Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Plaintiff-Appellee).

*Nicole M. Leslein*, pro se, PID# W107-880, Ohio Reformatory for Women, 1479 Collins Avenue, Marysville, OH 43040 (Defendant-Appellant).

JOHN J. EKLUND, J.

{¶1} On May 6, 2025, appellant, Nicole M. Leslein, filed a pro se notice of appeal from the trial court's March 26, 2025 entry, denying appellant's motion for clarification.

{¶2} App.R. 3(A) expressly states that the only jurisdictional requirement for filing a valid appeal is to file it within the time allowed by App.R. 4. "[A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3} The Supreme Court has held that the failure to comply with the time requirements of App.R. 4(A) is a jurisdictional defect, which is fatal to an appeal. *In re*

*H.F.*, 2008-Ohio-6810, ¶ 17, citing *State ex rel. Pendell v. Adams Cty. Bd. of Elections*, 40 Ohio St.3d 58, 60 (1988).

{**¶4**}   Here, a timely appeal from the March 26, 2025 entry was due no later than April 25, 2025, which was not a holiday or weekend.  Thus, the appeal was untimely filed by eleven days.

{**¶5**}   Appellant has not complied with the thirty-day rule set forth in App.R. 4(A)(1).  Therefore, this court is without jurisdiction to consider this appeal.

{**¶6**}   This appeal is hereby dismissed, sua sponte, as untimely.


EUGENE A. LUCCI, J.,

SCOTT LYNCH, J.,

concur.

# JUDGMENT ENTRY

For the reasons stated in the memorandum opinion of this court, this appeal is hereby dismissed, sua sponte, as untimely.

Costs shall be taxed against appellant.

_____
JUDGE JOHN J. EKLUND


_____
JUDGE EUGENE A. LUCCI,
concurs


_____
JUDGE SCOTT LYNCH,
concurs

---

**THIS DOCUMENT CONSTITUTES A FINAL JUDGMENT ENTRY**

A certified copy of this opinion and judgment entry shall constitute the mandate pursuant to Rule 27 of the Ohio Rules of Appellate Procedure.

---

Case No. 2025-L-050